IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIANE RIDGELY, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY<br>MANAGEMENT AGENCY, et al.,<br><br>            Defendants. | Civil Action No. 07-2146<br><br>Section "C" (5)<br><br>Hon. Helen G. Berrigan<br><br>Magistrate Judge Alma L. Chasez |

## **ORDER**

Upon consideration of Plaintiffs' Motion to Voluntarily Dismiss Claims Brought on Behalf of Repayment Class Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) and Defendants' Motion to Dismiss Claims Brought on Behalf of Plaintiffs' Recoupment Class Pursuant to Federal Rule of Civil Procedure 12(b)(1), it is hereby

ORDERED that the Fourth Claim for Relief asserted by the Repayment Class and the Seventh, Eighth, and Tenth Claims for relief with respect to the Repayment Class only are dismissed with prejudice;

ORDERED that dismissal of the Fourth, Seventh, Eighth, and Tenth Repayment Class Claims with prejudice will not preclude any individual class member's ability to recover monies paid to Defendants in response to recoupment notices sent by Defendants to class members for alleged overpayment of disaster assistance under Section 408 of the Stafford Act;

ORDERED that dismissal of the Fourth, Seventh, Eighth, and Tenth Repayment Class Claims with prejudice will not preclude any individual class member's ability to challenge any future recovery of alleged overpayments pursuant to any new recoupment procedures Defendants adopt to replace the procedures withdrawn at 73 Fed. Reg. 51831 (Sept. 5, 2008); and

ORDERED that the preliminary injunction as to the Repayment Class is DISSOLVED.

It is FURTHER ORDERED that each Party will bear its own fees and costs with respect to the Repayment Class Claims.


New Orleans   Louisiana
SO ORDERED this __24th__ day of August, 2009

_____
UNITED STATES DISTRICT JUDGE