MINUTE ENTRY
CHASEZ, M.J.
AUGUST 28, 2009

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DIANE RIDGELY, ET AL.                          CIVIL ACTION

VERSUS                                         NUMBER: 07-2146

FEDERAL EMERGENCY MANAGEMENT                   SECTION: "C"(5)
AGENCY, ET AL.


A telephone status conference was conducted in the above matter this date.

> PRESENT: Christopher Hall, Wendy Ertmer, and Kristen Shedd, Adam Strochak, Eileen Hren, and Meghan McCaffrey

The parties advised the Court that they believe progress has been made toward settlement of this matter.

Accordingly, at the suggestion of counsel, further feedback as to settlement shall be furnished to the Court on or before September 10, 2009.

                                        _____
                                              ALMA L. CHASEZ
                                        UNITED STATES MAGISTRATE JUDGE

MJSTAR(00:20)